No. 290.  KENNEMER ET AL. *v.* BILLINGTON ET AL.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied for failure to comply with paragraph 2 of Rule 38 of the Rules of this Court.  The brief filed in support of the petition is not "direct and concise" as required by that rule.  *Mr. James S. Grisham* for petitioners.  *Mr. C. G. Calhoun* for respondents.

No. —.  EX PARTE CHARLES CAULO; and

No. —.  EX PARTE WILLIAM M. LEE.  See *ante,* p. 669.

No. 77.  LOBINGIER *v.* UNITED STATES.  October 9, 1944.  Petition for writ of certiorari to the Court of Claims denied.  *Mr. Charles S. Lobingier, pro se.  Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for the United States.

No. 78.  AMERICAN BROACH EMPLOYEES PROTECTIVE ASSOCIATION *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  October 9, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. John B. Mellott* for petitioner.  *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for the National Labor Relations Board.

No. 79.  GOODALL COMPANY *v.* SARTIN; and

No. 80.  GOODALL COMPANY *v.* SARTIN.  October 9, 1944.  Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Thomas G. McConnell* for petitioner.